PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
July 26, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF ONE BLACK CLOUD MOBILE SMARTPHONE, CURRENTLY LOCATED AT 10151 CROYDON WAY, RANCHO CORDOVA, CALIFORNIA 95670 | CASE NO. 2:23-sw-0944 AC<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: July 26, 2023

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Sealing Order